1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GLENN A. DUNN,

11          Plaintiff,                    No. CIV S-07-0210 FCD EFB P

12       vs.

13   J. ZUBER, et al.,                    FINDINGS AND RECOMMENDATIONS

14          Defendants.

15   _____/

16       Plaintiff is a prisoner, without counsel, suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  On November 27, 2007, the court dismissed plaintiff's complaint for failure to

18   state a cognizable claim against any defendant.  The dismissal order explained the complaint's

19   deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies,

20   and warned plaintiff that failure to file an amended complaint would result in a recommendation

21   that this action be dismissed for failure to state a claim.

22       The 30-day period has expired and plaintiff has not filed an amended complaint or

23   otherwise responded to the court's order.

24       Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to

25   state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

26   ////

1

1   These findings and recommendations are submitted to the United States District Judge

2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

3   after being served with these findings and recommendations, any party may file written

4   objections with the court and serve a copy on all parties.  Such a document should be captioned

5   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

6   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

7   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

8   Dated:   January 30, 2008.

9   _____

10  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26